# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

D.C., an infant by his mother and natural guardian, Tie'Anna Collins, TIE'ANNA COLLINS, individually, and TOAJACK BROWN, individually and as the Proposed Administrator of the Estate of Tahlil Brown,

                Plaintiffs,

-against-                        24 **CIVIL** 9714 (CS)

## JUDGMENT

ELDRED CENTRAL SCHOOL DISTRICT, TRACI FERREIRA, and MONIQUE-GALE MESSINA,

                Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 8, 2025, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      October 9, 2025

                                                        **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                    **BY:**      *K. Mango*

                                                         **Deputy Clerk**